UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALISA McKINNEY,

       Plaintiff,                                    Case No. 09-11947
                                                    HON. BERNARD A. FRIEDMAN

vs.

TRANS UNION, LLC, et al.,

       Defendants.
_____/

## **MEMORANDUM OPINION AND ORDER**

       This matter is before the Court on Magistrate Judge Virginia Morgan's Report and Recommendation dated November 30, 2009. No objections were filed thereto.

       This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

       ACCORDINGLY:

       IT IS HEREBY ORDERED that Magistrate Judge Virginia Morgan's Report and Recommendation dated November 30, 2009, is hereby accepted and adopted.

       IT IS FURTHER ORDERED that Defendant Equifax's Motion for Summary Judgment is GRANTED.


Dated: January 25, 2010              S/Bernard A. Friedman
      Detroit, Michigan           BERNARD A. FRIEDMAN
                                        UNITED STATES DISTRICT JUDGE